FILED

05/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0281

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0281

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

DARRION LEE KRISTOPHER ZAVALA,

     Defendant and Appellant.

## MOTION FOR EXTENSION OF TIME
## WITH AFFIDAVIT IN SUPPORT

COMES NOW, Kristen L. Peterson, Assistant Appellate Defender for the Appellate Defender Division, and respectfully requests an extension of time until June 26, 2020, in which to prepare, file, and serve the Appellant's opening brief in the above-entitled matter. This is Appellant's eleventh request for an extension. Appellant's opening brief was first due July 29, 2019. Appellant's opening brief is currently due May 27, 2020. Appellant submits the attached affidavit in support of this motion.

Opposing counsel has been contacted and has no objection.

Respectfully submitted this 20th day of May, 2020.

OFFICE OF STATE PUBLIC DEFENDER
APPELLATE DEFENDER DIVISION
P.O. Box 200147
Helena, MT 59620-0147

By: /s/ Kristen L. Peterson
    KRISTEN L. PETERSON
    Assistant Appellate Defender

STATE OF MONTANA         )
                                                : ss.
County of Lewis and Clark  )

I, Kristen L. Peterson, in compliance with M. R. App. P. 26(2), declare:

1.     I am a licensed, practicing attorney in the State of Montana, and I am currently employed by the Appellate Defender Division, (ADD), as an Assistant Appellate Defender.

2.     I was assigned to handle *State v. Zavala*, DA 19-0281, on February 11, 2020.

3.     Appellant's opening brief was first due on July 29, 2019, and is presently due May 27, 2020.  This is ADD's eleventh extension request overall.  The first seven extension requests were filed prior to my assignment to this case.  As with all previous requests, this is a 30-day extension request.

4.     In my 0.75 FTE position, I have been unable to complete the opening brief within the previous time allotted because I have been working on other older cases.  I filed an opening brief on April 22, 2020, in *State v. Jeffords*, DA 18-0651.  I also worked on *In re A.D.*, DA 19-0211 (motion to voluntarily dismiss appeal filed April 30, 2020).  I am

currently working on *In re A.O.*, DA 19-0141 (opening brief due May 29, 2020). I have also worked on *In re S.N.*, DA 18-0560 (opening brief currently due June 26, 2020). In addition to these cases, I have also been assigned to handle *In re S.G.-H.M.*, DA 19-0199 (opening brief currently due June 22, 2020), and *In re B.A.F.*, DA 19-0607 (opening brief currently due June 3, 2020).

5. Due to COVID-19, I have been caring for my children at home because of school closures beginning March 16, 2020 and closure of our daycare on March 18, 2020, which resumed part-time care on May 4, 2020.

6. This case is currently my third priority opening brief after *A.O.* and *S.N.* I have begun reviewing the record. Additional time is necessary to complete my review, research issues, consult with my client, and draft the opening brief. I will work diligently to complete this matter in the time requested.

7. This client is currently in custody.

8. The State has been contacted and does not object to this request.

9.      I declare under penalty of perjury that the above is true and correct.


/s/ Kristen L. Peterson                           May 20, 2020
Kristen L. Peterson,                                Date
Helena, Montana

# CERTIFICATE OF SERVICE

I, Kristen Lorraine Peterson, hereby certify that I have served true and accurate copies of the foregoing Motion - Unopposed to the following on 05-20-2020:

Scott D. Twito (Prosecutor)
Yellowstone County Attorney's Office
PO Box 35025
Billings MT 59107
Representing: State of Montana
Service Method: eService

Timothy Charles Fox (Prosecutor)
Montana Attorney General
215 North Sanders
PO Box 201401
Helena MT 59620
Representing: State of Montana
Service Method: eService

Electronically signed by Kim Harrison on behalf of Kristen Lorraine Peterson
Dated: 05-20-2020

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 21 2020